FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

1999 SEP 23 PM 3:44

U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

SEP 23 1999

| | |
|---|---|
| CHRIS BANKS SHEHEE, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 98-AR-1034-S |
| WARDEN HIGHTOWER, et al, | ) |
| Respondent(s). | ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed, without prejudice, for the petitioner's failure to exhaust state court remedies. The petitioner's motion for summary judgment is due to be denied. An appropriate order will be entered.

DONE, this 23rd day of September, 1999.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation was mailed to the petitioner at the address given to the court by the petitioner. That mailing was returned to the court marked "Inmate was Released." The court has not been informed of the petitioner's current address.